IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDAISE HARRIS, ON BEHALF OF<br>MINOR CHILD, TB | : | CIVIL ACTION |
| v. | : | |
| SOUTHEAST DELCO SCHOOL<br>DISTRICT, et al. | : | NO. 18-5654 |

ORDER

AND NOW, this 25th day of March, 2019, it is hereby ORDERED that the unopposed motion of plaintiffs to dismiss the complaint under Rule 41 of the Federal Rules of Civil Procedure is GRANTED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.